UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────
PEPPERELL BRAIDING CO.

        Plaintiff,                Civil Action No: _____

  -against-

TONER PLASTICS, INC., STEVEN GRAHAM
And WAL-MART STORES, INC.

        Defendants.
───────────────────────────────X

**FRCP 7.1 STATEMENT**

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, IN ORDER TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PEPPERELL BRAIDING CO, (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS OF SAID PARTY, OR ARE PUBLICLY TRADED CORPORATIONS THAT OWN 10 PERCENT OR MORE OF ITS STOCK.

                **NONE**

DATE: January 15, 2008

                        FELDMAN LAW GROUP, P.C.
                        By: _____
                        Kenneth Feldman (6003)
                        Stephen E. Feldman (5630)
                        2 East 41st Street
                        New York, New York 10017
                        (212) 532-8585