# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08 CV 00383                                                Date Filed: 1/15/2008

Plaintiff:
**Pepperell Braiding Co.**
vs.
Defendant:
**Toner Plastics, Inc; Steven Graham; and Wal-Mart Stores, Inc.**

Service Documents:
Summons in a Civil Action;FRCP 7.1 Statement; Complaint-Jury Demand with Exhibits "A", "B", "C", and "D"

For:
Kenneth Feldman
Feldman Law Group, P.C.
12 East 41st Street
New York, NY  10017

Received by Edward Bowser & Associates on the 5th day of March, 2008 at 6:02 am to be served on **Toner Plastics, Inc., 699 Silver Street, Agawam, MA 01001**.

I, Edward T. Bowser, III, being duly sworn, depose and say that on the **5th day of March, 2008** at **10:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action;FRCP 7.1 Statement; Complaint-Jury Demand with Exhibits "A", "B", "C", and "D"** with the date of service endorsed thereon by me, to: **Tony Augustino** as **Controller** for **Toner Plastics, Inc.**, at the address of: **699 Silver Street, Agawam, MA 01001**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 5th day of March, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

ZINALIA GIL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 8,

Edward T. Bowser, III
Process Server

Edward Bowser & Associates
49 Irving Street
Post Office Box 1001
Winchester, MA  01890-8301
(617) 820-0449
Our Job Serial Number: 2008000082
Ref: Peperel & Tower

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PEPPERELL BRAIDING CO.
Plaintiff,

V.

TONER PLASTICS, INC., STEVEN GRAHAM
and WAL-MART STORES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 00383

TO: (Name and address of Defendant)

Toner Plastics, Inc.
699 Silver Street
Agawam, MA 01001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kenneth Feldman
FELDMAN LAW GROUP, PC.
12 East 41st
New York, NY 10017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JAN 15 2008

CLERK                                                            DATE

(By) DEPUTY CLERK