## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing Answer with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case, and that I also mailed a true and correct copy of the foregoing Answer via First Class Mail to:

> Kenneth Feldman, Esq.
> Stephen E. Feldman, Esq.
> FELDMAN LAW GROUP, P.C.
> *Attorneys for Plaintiff*
> 12 E. 41st Street
> New York, New York  10017
> Tel:    (212) 532-8585
> Fax:    (212) 532-8598

Dated: Buffalo, New York
       March 24, 2008

By:    /s/ Christopher J. Belter
       Christopher J. Belter (CB-7251)
       cbelter@goldbergsegalla.com
       *Attorneys for Defendants*
       *Toner Plastics, Inc. and Steven Graham*
       665 Main Street, Suite 400
       Buffalo, New York  14203
       Tel:    (716) 566-5400