UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEPPERELL BRAIDING CO.,

    Plaintiff,

vs.                                                                                                ECF CASE

TONER PLASTICS, INC., STEVEN GRAHAM,                     Docket No. 1:08-cv-00383-DLC
and WAL-MART STORES, INC.,

    Defendants.

### FRCP 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Toner Plastics, Inc. ("Toner Plastics") certifies that Toner Plastics is not a publicly traded corporation, that it has no corporate parent, and that no publicly held corporation owns ten percent (10%) or more of its stock.

DATED:    Buffalo, New York
              March 24, 2008

                                        GOLDBERG SEGALLA LLP


                                        By: /s/ Christopher J. Belter
                                              Christopher J. Belter (CB-7251)
                                              cbelter@goldbergsegalla.com
                                              *Attorneys for Defendants*
                                              *Toner Plastics, Inc. and Steven Graham*
                                              665 Main Street, Suite 400
                                              Buffalo, New York 14203
                                              Tel:    (716) 566-5400
                                              Fax:   (716) 566-5401

TO:    Kenneth Feldman, Esq.
        Stephen E. Feldman, Esq.
        FELDMAN LAW GROUP, P.C.
        *Attorneys for Plaintiff*
        12 E. 41st Street
        New York, New York  10017
        Tel:   (212) 532-8585
        Fax:  (212) 532-8598