## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically filed the foregoing FRCP 7.1 Statement with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case, and that I also mailed a true and correct copy of the foregoing FRCP 7.1 Statement via First Class Mail to:

Kenneth Feldman, Esq.
Stephen E. Feldman, Esq.
FELDMAN LAW GROUP, P.C.
*Attorneys for Plaintiff*
12 E. 41st Street
New York, New York  10017
Tel:    (212) 532-8585
Fax:    (212) 532-8598

Dated: Buffalo, New York
       March 24, 2008

By:   /s/ Christopher J. Belter
      Christopher J. Belter (CB-7251)
      cbelter@goldbergsegalla.com
      *Attorneys for Defendants*
      *Toner Plastics, Inc. and Steven Graham*
      665 Main Street, Suite 400
      Buffalo, New York  14203
      Tel:    (716) 566-5400