UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEPPERELL BRAIDING CO.,

        Plaintiff,

vs.                                      ECF CASE

TONER PLASTICS, INC., STEVEN GRAHAM,      Docket No. 1:08-cv-00383-DLC
and WAL-MART STORES, INC.,

        Defendants.

## FRCP 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Wal-Mart Stores, Inc. ("Wal-Mart") certifies that Wal-Mart is a private corporation with common stock publicly traded on the New York and Pacific Stock Exchanges. No publicly traded corporation owns 10% or more of Wal-Mart. The following corporate affiliates or subsidiaries are also publicly held: Wal-Mart de Mexico S.A.B de C.V. (ADR) (WMMVY) The Seiyu Ltd (TSE: 8268).

DATED:    Buffalo, New York
                April 15, 2008

                                            GOLDBERG SEGALLA LLP

                                            By: /s/ Christopher J. Belter
                                                Christopher J. Belter (CB-7251)
                                                cbelter@goldbergsegalla.com
                                                *Attorneys for Defendant*
                                                *Wal-Mart Stores, Inc.*
                                                665 Main Street, Suite 400
                                                Buffalo, New York 14203
                                                Tel:   (716) 566-5400
                                                Fax:   (716) 566-5401

TO:    Kenneth Feldman, Esq.
        Stephen E. Feldman, Esq.
        FELDMAN LAW GROUP, P.C.
        *Attorneys for Plaintiff*
        12 E. 41st Street
        New York, New York  10017
        Tel:    (212) 532-8585
        Fax:   (212) 532-8598