## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing FRCP 7.1 Statement with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case, and that I also mailed a true and correct copy of the foregoing FRCP 7.1 Statement via First Class Mail to:

Kenneth Feldman, Esq.
Stephen E. Feldman, Esq.
FELDMAN LAW GROUP, P.C.
*Attorneys for Plaintiff*
12 E. 41st Street
New York, New York 10017
Tel: (212) 532-8585
Fax: (212) 532-8598

Dated: Buffalo, New York
April 15, 2008

By: /s/ Christopher J. Belter
Christopher J. Belter (CB-7251)
cbelter@goldbergsegalla.com
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
665 Main Street, Suite 400
Buffalo, New York 14203
Tel: (716) 566-5400