## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing Answer with the Clerk of the Southern District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case, and that I also mailed a true and correct copy of the foregoing Answer via First Class Mail to:

Kenneth Feldman, Esq.
Stephen E. Feldman, Esq.
FELDMAN LAW GROUP, P.C.
*Attorneys for Plaintiff*
12 E. 41st Street
New York, New York 10017
Tel:   (212) 532-8585
Fax:   (212) 532-8598

Dated: Buffalo, New York
       April 15, 2008

By:   /s/ Christopher J. Belter
      Christopher J. Belter (CB-7251)
      cbelter@goldbergsegalla.com
      *Attorneys for Defendants*
      Toner Plastics, Inc. and Steven Graham
      665 Main Street, Suite 400
      Buffalo, New York 14203
      Tel:   (716) 566-5400